CONSOLIDATED TECHNICAL CAPITAL CORP. (NOW KNOWN AS EXECUTIVE INVESTORS, INC.), PLAINTIFF-RESPONDENT, v. VENT-MAR CORP., *ET AL.*, DEFENDANTS-PETITIONERS AND ALBERT SINGER, *ET AL.*, DEFENDANTS.

*Messrs. Perskie & Perskie* for the petitioners.

*Mr. Joseph B. Kauffman* for the respondents.

May 13, 1969. Denied.

CARAVAN PRODUCTS COMPANY, INC., PLAINTIFF-PETITIONER, v. ROY S. RITCHIE, *ET AL*, DEFENDANTS AND CHELSEA TITLE AND GUARANTY COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Calissi, Gelman, Cuccio & Klinger* for the petitioner.

*Messrs. Lafferty, Rowe, McMahon & McKeon* and *Mr. John R. Weigel* for the respondent.

May 13, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SAMUEL E. BYNES, DEFENDANT-PETITIONER

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Vincent Panaro* and *Mr. John J. Barry* for the respondent.

May 13, 1969. Denied.